NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAR PHARMACEUTICAL, INC., ALKERMES PHARMA IRELAND LIMITED,**
*Plaintiffs-Appellants*

**v.**

**TWI PHARMACEUTICALS, INC.,**
*Defendant-Appellee*

---

2015-1880

---

Appeal from the United States District Court for the District of Maryland in No. 1:11-cv-02466-CCB, Judge Catherine C. Blake.

---

**JUDGMENT**

---

DANIEL BROWN, Latham & Watkins LLP, New York, NY, argued for plaintiffs-appellants. Plaintiff-appellant Par Pharmaceutical, Inc., also represented by ROGER J. CHIN, GREGORY SOBOLSKI, San Francisco, CA; JONATHAN Y. ELLIS, GREGORY G. GARRE, MICHAEL J. GERARDI, Washington, DC; JAMES PATRICK ULWICK, Kramon and Graham, P.A., Baltimore, MD.

MARYELLEN NOREIKA, Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE, for plaintiff-appellant Alkermes Pharma Ireland Limited. Also represented by JACK B. BLUMENFELD, JEREMY A. TIGAN; JAMES PATRICK ULWICK, Kramon and Graham, P.A., Baltimore, MD.

DONALD J. MIZERK, Husch Blackwell LLP, Chicago, IL, argued for defendant-appellee. Also represented by PHILIP DALE SEGREST, JR., JOHN A. SHOLAR, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, PLAGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 15, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |